O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LYDIA H. ROBLES, | ) | Case No. EDCV 07-01134-OP |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner, and dismissing this action with prejudice.

DATED:     March 6, 2009

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

1